UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 06-1615(DSD/JJG)

Traci R. King, as trustee for
the heirs and next of kin of
Michael L. King,

       Plaintiff,

v.                              **ORDER**

Liberty Homes, Inc., Doug
Williams d/b/a W & W
Trucking, Inc., Ira Neal
Greshens, and Amerimont,
Inc., d/b/a Heartland Homes,

       Defendants,

v.

East Central Energy,

       Third-Party Defendant.


This matter is before the court on third-party defendant East Central Energy's motion for summary judgment.

The facts giving rise to this order are detailed in <u>King v Liberty Homes, Inc.</u>, No. 06-1615, 2007 U.S. Dist. LEXIS 55865, at *1-3 (D. Minn. July 31, 2007). Third-party plaintiff Liberty Homes filed a third-party claim against third-party defendant East Central Energy. Liberty Homes was later dismissed from the underlying action. <u>See</u> <u>id.</u> at *8. Therefore, Liberty Homes' claim against East Central Energy is moot.

Accordingly, **IT IS HEREBY ORDERED** that Liberty Homes' third-party action against East Central Energy is dismissed without prejudice.

Dated:  August 28, 2007

s/David S. Doty
David S. Doty, Judge
United States District Court
